UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                      :

CHANEL R. DRAYTON
                                                            : Bankruptcy No. 15-10899JKF
         Debtor(s)                                          : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: February 15, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ALAN B LISS ESQ
BRENNER & BRENNER P C
1420 WALNUT ST  STE 720
PHILADELPHIA PA 19102-

CHANEL R. DRAYTON
536 N. 58TH STREET
PHILADELPHIA,PA.19131